STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. AUGUST BATZ, DEFENDANT-PETITIONER.

See same case below: 34 *N. J. Super.* 172.

*Messrs. Mackerley & Friedman* for the petitioner.

*Mr. Wilbur M. Rush* for the respondent.

May 9, 1955.  Denied.